UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TARIQ SHABAZZ, | ) | CASE NO.  1:24-cv-604 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

For the reasons stated in this Court's Memorandum of Opinion, this action is

DISMISSED.  Further, the Court separately finds and certifies, pursuant to 28 U.S.C.

§1915(a)(3), that an appeal from this decision could not be taken in good faith.


**IT IS SO ORDERED.**


**Date**: July 29, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE